BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    e-mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL CASTRO, | NO. 10-cv-1092 AWI SKO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The parties, through their undersigned counsel, stipulate that Defendant shall have an extension of time of 30 days to serve on Plaintiff a response to Plaintiff's confidential letter brief. Subject to the approval of the Court, the new due date for Defendant's response will be February 2, 2011, and the Court's Scheduling Order shall be modified accordingly.  This extension is requested because Defendant's counsel needs additional time to review the issues raised in Plaintiff's confidential letter brief.

1

DATE: 12/30/10          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Leslie Alexander*
LESLIE ALEXANDER
Special Assistant United States Attorney

Attorneys for Defendant

DATED: 12/30/10     By:    /s/ *Sengthiene Bosavahn*
[*authorized via electronic mail on 12/30/10*]
SENGTHIENE BOSAVAHN
Attorney at Law

Attorney for Plaintiff

## **ORDER**

Upon the parties' stipulation, IT IS ORDERED that Defendant Commissioner of Social Security shall have up to and including **February 2, 2011**, to respond to Plaintiff's confidential letter brief. All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 6 ¶ 14.)

IT IS SO ORDERED.

**Dated:    January 4, 2011**        /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE