1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

12  MICHAEL CASTRO,                                        CASE NO. 1:10-cv-01092-AWI-SKO

13                                                         **ORDER ADOPTING FINDINGS AND**
                    Plaintiff,                             **RECOMMENDATIONS THAT**
14                                                         **PLAINTIFF'S MOTION FOR AN**
                                                           **AWARD OF ATTORNEY'S FEES BE**
15       v.                                                **GRANTED**

16

17  MICHAEL J. ASTRUE,                                     **Docket Nos. 21, 25**
    Commissioner of Social Security,

18

19                  Defendant.
    _____/

20

21       On April 13, 2012, the Magistrate Judge issued Findings and Recommendations that

22  Plaintiff's motion for an award of attorneys' fees pursuant to the Equal Access to Justice Act

23  ("EAJA") be granted in the amount of $7,685.86.  (Doc. 26.)  These Findings and Recommendations

24  were served on all parties appearing in the action and contained notice that any objections were to

25  be filed within fourteen (14) days after service of the order.  No objections were filed.

26       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a

27  *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the

28  Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.      The Findings and Recommendations issued April 13, 2012, are ADOPTED IN

3                FULL;

4        2.      Plaintiff's application for an award of attorney's fees is GRANTED in the amount of

5                $7,685.86; and

6        3.      Plaintiff shall be paid in accordance with *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

7

8

9    IT IS SO ORDERED.

10

Dated:    May 10, 2012     _____

11                                 CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28